**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

JUL  16  2020

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

AMARE EL BEY,                            )
                                         )
            Plaintiff,                   )
                                         )
      v.                                 )       Civil Action No.   20-cv-1165 (UNA)
                                         )
                                         )
NATION STAR HECM *et. al*.,              )
                                         )
            Defendants.                  )

**MEMORANDUM OPINION**

Plaintiff has filed an "Affidavit of truth to reconsider Judgement," which is construed as a motion under Rule 60(b) of the Federal Rules of Civil Procedure.  Plaintiff seeks relief  from the Order entered on May 8, 2020, dismissing this action for want of subject matter jurisdiction.  *See* Mem. Op., ECF No. 3; Order, ECF No. 4.  In its discretion, a court may relieve a party from a final judgment, order or proceeding for any one of six enumerated reasons, none of which Plaintiff has asserted.  *See* Fed. R. Civ. P. 60(b)(1)-(6).  More importantly, Plaintiff has stated nothing to cure the complaint's jurisdictional defect.  Therefore, his motion will be denied.  A separate order accompanies this Memorandum Opinion.

                                         /s/
                                         JAMES E. BOASBERG
                                         United States District Judge

DATE:  July 16, 2020